UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
Case No. 08-20599-CIV-HOEVELER/Brown

GREAT LAKES REINSURANCE (UK)
PLC,

        Plaintiff,

v.

CARLOS JIMENEZ and KEYBANK N.A.

        Defendants.

_____

## FINAL CONSENT JUDGMENT

THIS CAUSE having come before the Court upon the representation of counsel that an agreement has been reached between Cross-Plaintiff KeyBank National Association ("KeyBank"), of 4910 Tiedeman Road, Brooklyn, Ohio 44144, and Cross-Defendant Carlos Jimenez ("Jimenez"), of 8000 S.W. 14th Terrace, Miami, Florida 33144, as to KeyBank's Cross-Claim against Jimenez (the "Agreement"), and the Court having reviewed this Final Consent Judgment and determined that its entry is appropriate, it is hereby

**ORDERED AND ADJUDGED** that Judgment be entered in favor of Cross-Plaintiff KeyBank and against Cross-Defendant Jimenez, in the amount of $84,768.14. There shall be no post-judgment interest following the execution of this Judgment. It is further ordered that this Court reserves jurisdiction to ensure that in the event Jimenez recovers any proceeds under his insurance policy referenced in Great Lakes Insurance Company's ("Great Lakes") Complaint in the above-captioned lawsuit, those proceeds, up to the sums owed KeyBank pursuant to this judgment, shall be disbursed to KeyBank in satisfaction of the monies due and owing to KeyBank as referenced in its Cross-Claim against Jimenez. Any monies received by KeyBank from Jimenez and/or Great Lakes, by virtue of KeyBank's status as a loss payee on the Great

CASE NO. 08-20599-CIV-HOEVELER/Brown

Lakes insurance policy referenced in Great Lake's Complaint, and by virtue of KeyBank's status as a secured creditor of Jimenez, shall serve to reduce the Judgment entered herein. Additionally, the Court hereby retains jurisdiction over this action and the parties for purposes of enforcing the terms of this Final Consent Judgment, and to resolve any disputes that arise between the parties over the Agreement that has been entered into between the parties. Upon dismissal, each of the parties hereto shall bear its own costs and attorney's fees

SO ORDERED at Miami, Florida, this __9th__ day of __Sept__, 2008.

WILLIAM M. HOEVELER
UNITED STATES DISTRICT JUDGE

**CONSENTED TO BY:**

s/ Eric L. Ray
Eric L. Ray
Florida Bar No.: 29418
e-mail: eric.ray@hklaw.com
*Attorney for Defendant KeyBank*
*National Association*
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000,
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

s/ Robert C. Gross
Robert C. Gross
Florida Bar No.: 199478
e-mail: ROBERTCG14@aol.com
*Attorney for Defendant Carlos Jimenez*
LAW OFFICES OF ROBERT C. GROSS, P.A.
2250 S.W. 3rd Ave # 204
Miami, Florida 33129
Tel: (305) 856-9933
Fax: (305) 856-4006

# 5516598_v1